IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TYRONE L. COLLINS
ADC #111854                                                                                    PLAINTIFF

v.                         Case No. 2:11-cv-40-DPM-BD

D. BURL, BALL, CRUMP,
POLLY M. JAMES, and
JANICE BUFORD GRAY                                                          DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, *Document No. 7*, and Tyrone Collins's objections, *Document No. 10*. After *de novo* review, the Court adopts Magistrate Judge Deere's recommendation (except for the citations to the unpublished opinions in the *Diaab, Sanders, Hartsfield, & Hemphill* cases) with one clarification prompted by Collins's objections. FED. R. CIV. P. 72(b)(3). Prisoners have a First Amendment right to receive published materials, subject to reasonable limitations. *Pell v. Procunier*, 417 U.S. 817, 822 (1974). But that right does not create an affirmative duty on prisons to provide news publications to inmates. Collins's claim here is that Defendants Gray, Ball, and Burl did not provide

him with this kind of material or access to television news. *Document No. 10.* That claim fails as a matter of law.

Collins's due process claims and his claim that Defendants unconstitutionally deprived him of access to news publications are dismissed with prejudice. And Defendant Ball is dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2011