UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TYRONE L. COLLINS,**                                                 **PLAINTIFF**
**ADC #111854**

VS.                   NO. 2:11CV00040-DPM-BD

**DANNY BURL,** *et al.*                                               **DEFENDANTS**

## ORDER

Plaintiff Tyrone L. Collins, an inmate confined to the Arkansas Department of Correction, filed this lawsuit *pro se* under 42 U.S.C. § 1983. He is proceeding *in forma pauperis* and has made a timely demand for a trial by jury.

Mr. Collins's due process claims and his claim that Defendants deprived him of access to news publications have been dismissed. The claims remaining are: a discrimination claim against Defendant Danny Burl; a conditions-of-confinement claim against Defendants Polly M. James, James Crumpton and Janice Buford Gray relating to a hunger strike; and a deliberate-indifference claim against Defendants Polly M. James and James Crumpton for failing to provide medical attention during his hunger strike.

Defendants have answered the Complaint and Amended Complaint. Dispositive motions may be filed on or before October 28, 2011. Absent the filing of dispositive motions, the Court will appoint counsel for Mr. Collins and notify Judge D. P. Marshall, Jr., that a jury trial setting is appropriate.

The Clerk of Court is asked to update the docket sheet to indicate the Defendants' full names as indicated in their recently filed Answer.

IT IS SO ORDERED this 1st day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE