# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TYRONE L. COLLINS
ADC #111854                                                          PLAINTIFF

v.                           No. 2:11-cv-40-DPM-BD

DANNY BURL; JAMES
CRUMPTON; POLLY M. JAMES; and
JANICE BUFORD GRAY                                                   DEFENDANTS

## ORDER

To best use scarce judicial resources efficiently and effectively, this case needs more development before any trial. It is referred back to Magistrate Judge Deere. Discovery is reopened. As directed, appointed counsel shall maximize the use of informal requests for documents, focused written discovery, and informal interviews, and minimize the use of depositions. Any deposition should be as short and focused as possible. Defendants may move for summary judgment on or before 2 August 2013. Discovery will end on the same date. There will be no independent medical examination until after the Court decides, assuming some injury, whether Collins has claims that need

trying. Collins's status report on whether to pursue any race-discrimination claim, and on whether his conditions-of-confinement and inadequate-medical-care claims are really the same claim, is due as soon as possible and no later than 3 May 2013.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2013