IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TYRONE L. COLLINS
ADC #111854                                                                PLAINTIFF

v.                              No. 2:11-cv-40-DPM-BD

DANNY BURL; JAMES CRUMPTON;
POLLY M. JAMES, Inmate Grievance
Coordinator, East Arkansas Regional
Unit, ADC ; and  JANICE BUFORD
GRAY,Unit Library Manager, East
Arkansas Regional Unit, ADC                                                DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's amended recommended disposition, № 65. Collins has not objected. After reviewing the proposal for clear factual error and for legal error, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts it. Motion for summary judgment, № 51, granted. Original recommended disposition, № 63, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2013