IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TYRONE L. COLLINS
ADC #111854                                                      PLAINTIFF

v.                         No. 2:11-cv-40-DPM

DANNY BURL; BALL, Unit Warden, East
Arkansas Regional Unit, ADC; JAMES
CRUMPTON; POLLY M. JAMES, Inmate
Grievance Coordinator, East Arkansas
Regional Unit, ADC ; and JANICE BUFORD
GRAY, Unit Library Manager, East Arkansas
Regional Unit, ADC                                               DEFENDANTS

## JUDGMENT

Collins's complaint is dismissed with prejudice.

*(signature)*
D.P. Marshall Jr.
United States District Judge

26 November 2013